**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EUGENIO DA SILVA,** | : | CIVIL ACTION |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | **NO.  26-cv-5147** |
| **JAMISON  et al,** | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW,** this 28th day of July, 2026, the Clerk of Court is **DIRECTED** to mark this case closed.

BY THE COURT:

_____

Hon. Mia R. Perez